**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:                                           Chapter 13
MATTHEW CHRISTIAN WETZEL
           Debtor(s)                             Case No.: 1:24-bk-03323

AMENDED CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, a copy of the <u>1st Amended Plan and Notice</u> were served

electronically or by regular United States mail upon the following persons(s):

           <u>All listed on Exhibit "A"</u>

Respectfully submitted,

<u>/s/ Gail L. Hills</u>
Gail L. Hills, Esquire
Attorney for debtor
ID #312468
P.O. Box 628
Carlisle, PA 17013
Phone: (717) 636-2062
Fax: (570) 300-2353
Email: gail.hills@ghillslaw.com

Label Matrix for local noticing
0314-1
Case 1:24-bk-03323-HWV
Middle District of Pennsylvania
Harrisburg
Tue Mar 25 12:11:28 EDT 2025

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Aidvantage on behalf of
Dept of Education
PO Box 300001
Greenville Tx 75403-3001

KML Law Group
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118-6051

Midfirst Bank
999 N.W. Grand Boulevard
Suite 100
Oklahoma City, OK 73118-6051

Midland Mortgage Co
PO Box 268959
Oklahoma City, OK 73126-8959

Navient
PO Box 300001
Greenville, TX 75403-3001

Synchrony/Paypal Credit
PO Box 71727
Philadelphia, PA 19176-1727

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Wellspan
112 N. 7th St. Chambersburg, PA 17201
Chambersburg, PA 17201-1720

Westlake Financial Services
3440 Flair Drive Lockbox # 840132
El Monte CA 91731-2823

Westlake Portfolio Management, LLC
4751 Wilshire Blvd
Bvld
Los Angeles, CA 90010-3827

Gail Lee Hills
Law Office of Gail L. Hills
PO Box 628
PA
Carlisle, PA 17013-0628

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Matthew Christian Wetzel
339 Philadelphia Ave
Chambersburg, PA 17201-1772

**EXHIBIT "A"**