IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MATTHEW CHRISTIAN WETZEL<br>Debtor(s) | Chapter 13<br><br>Case No.: 1:24-bk-03323 |

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, a copy of the Order Confirming Amended Chapter 13 Plan were served electronically or by regular United States mail upon the following persons(s):

All listed on Exhibit "A"

Respectfully submitted,

/s/ Gail L. Hills
Gail L. Hills, Esquire
Attorney for debtor
ID #312468
P.O. Box 628
Carlisle, PA 17013
Phone: (717) 636-2062
Fax: (570) 300-2353
Email: gail.hills@ghillslaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:24-bk-03323-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Tue Mar 25 12:11:28 EDT 2025 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 | Aidvantage on behalf of<br>Dept of Education<br>PO Box 300001<br>Greenville Tx 75403-3001 |
| KML Law Group<br>Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 | Midfirst Bank<br>999 N.W. Grand Boulevard<br>Suite 100<br>Oklahoma City, OK 73118-6051 |
| Midland Mortgage Co<br>PO Box 268959<br>Oklahoma City, OK 73126-8959 | Navient<br>PO Box 300001<br>Greenville, TX 75403-3001 | Synchrony/Paypal Credit<br>PO Box 71727<br>Philadelphia, PA 19176-1727 |
| (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Wellspan<br>112 N. 7th St. Chambersburg, PA 17201<br>Chambersburg, PA 17201-1720 |
| Westlake Financial Services<br>3440 Flair Drive Lockbox # 840132<br>El Monte CA 91731-2823 | Westlake Portfolio Management, LLC<br>4751 Wilshire Blvd<br>Bvld<br>Los Angeles, CA 90010-3827 | Gail Lee Hills<br>Law Office of Gail L. Hills<br>PO Box 628<br>PA<br>Carlisle, PA 17013-0628 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Matthew Christian Wetzel<br>339 Philadelphia Ave<br>Chambersburg, PA 17201-1772 | |