# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MATTHEW CHRISTIAN WETZEL<br>　　　Movant/Debtor(s)<br><br>　　　　　　v.<br><br>MIDFIRST BANK,<br>US DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br>WESTLAKE FINANCIAL SERVICES<br>　　　Respondents/Creditors | Chapter 13<br><br>Case No.: 1:24-bk-03323<br><br>MOTION TO SELL REAL ESTATE<br>FREE AND CLEAR OF LIENS AND<br>ENCUMBRANCES |

**To the Clerk:**

Kindly withdraw Movant/Debtor's Motion to Sell Property Free and Clear Of Liens and Encumbrances as the buyer has rescinded on the sale.

Date: 7/16/2025

Respectfully submitted,

/s/ Gail L. Hills
Gail L. Hills, Esquire
Attorney for debtor
ID #312468
P.O. Box 628
Carlisle, PA 17013
Phone: (717) 636-2062
Fax: (570) 300-2353
Email: gail.hills@ghillslaw.com