IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MATTHEW CHRISTIAN WETZEL<br>　　　　Debtor/Movant<br>MATTHEW CHRISTIAN WETZEL<br>　　　　Debtor/Movant<br>　　　　v.<br>MIDFIRST BANK,<br>US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>SYNCHRONY BANK,<br>JACK N. ZAHAROPOULOS, ESQUIRE, STANDING CHAPTER 13 TRUSTEE,<br>　　　　Respondents | Chapter 13<br><br>Case No.: 1:24-bk-03323 |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, a copy of the **Expedited Motion For Hearing On Amended Motion To Sell Free And Clear, Order Approving Motion, And Amended Motion To Sell Property Free And Clear Of Liens And Encumbrances** were served electronically upon the following persons(s):

| JACK N. ZAHAROPOULOS, ESQ. STANDING CHAPTER 13 TRUSTEE | ecf |
|---|---|
| MIDFIRST BANK | ecf |
| US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | Sonya.M.Kaloyanides@hud.gov |
| Westlake Financial Services | Bankruptcy_Specialists@westlakefinancial.com |
| Aidvantage | Fax: 866-266-0178 |
| Synchrony Bank | Fax: 866-433-6076 |

    Respectfully submitted,

/s/ Gail L. Hills
Gail L. Hills, Esquire
Attorney for debtor
ID #312468
P.O. Box 628
Carlisle, PA 17013
Phone: (717) 636-2062
Fax: (570) 300-2353