IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MATTHEW CHRISTIAN WETZEL<br>**Debtor/Movant**<br><br>MATTHEW CHRISTIAN WETZEL<br>**Debtor/Movant**<br><br>v.<br><br>MIDFIRST BANK,<br>US DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br>SYNCHRONY BANK,<br>JACK N. ZAHAROPOULOS, ESQUIRE,<br>STANDING CHAPTER 13 TRUSTEE,<br>**Respondents** | Chapter 13<br><br>Case No.: 1:24-bk-03323<br><br>MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES |

## AMENDED ORDER

UPON CONSIDERATION of Debtor's Amended Motion to Sell Real Estate Free and Clear of Lines and Encumbrances, good reason appearing therefore, it is hereby declared that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Daries of Pennsylvania, Inc.*, 788 F. 2nd 143 (3rd Cir. 1986);

IT IS HEREBY ORDERED AND DECREED THAT:

1. Debtor is granted relief to sell the real estate at 339 Philadelphia Avenue, Chambersburg, PA 17201, Franklin County, Pennsylvania, free and clear of liens and encumbrances.
2. Distribution of proceeds from the sale shall be as follows:
   a. Midfirst Bank will be paid in full subject to a proper payoff quote at the time of closing, after Realtor's commission, property taxes, municipal fees, Debtor's attorney's fees, and all other closing costs are paid. Said payment shall be in full satisfaction of mortgage, Instrument #202323049, and promissory note on the real property.

b. The US Department of Housing and Urban Development will be paid in full subject to a proper payoff quote at the time of closing. Said payment shall be in full satisfaction of mortgage Instrument #202323049, and promissory note on the real property.

c. Synchrony Finance judicial lien will be paid in full.

d. Remarkable Home Buyers repayment of $2,677.95.

e. Remarkable Home Buyers commission for selling the real property as per agreement unless they agree to accept a lesser amount.

f. All property taxes and transfer taxes due on the property as of the time of closing.

g. Counsel for Debtor, Gail L. Hills, attorney's fees, and costs of $646.50 shall be paid at closing.

h. Debtor's exemption in real property shall be paid to Debtor up to the amount of $26,000 at closing.

i. With the net proceeds remaining, after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos, Chapter 13 Trustee, up to the amount necessary to pay off unsecured creditors at a 100% dividend. Said proceeds shall be mailed to:

>   Chapter 13 Trustee
>   PO Box 6008
>   Memphis, TN 38101-6008

j. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be paid to Debtor.

The Court finds that Debtor's Amended Motion is GRANTED. Debtor is authorized to sell property of the estate in accordance with this Order.

IT IS SO ORDERED.