Certificate Number: 14912-PAM-DE-040104163

Bankruptcy Case Number: 24-03323


14912-PAM-DE-040104163

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2025, at 1:29 o'clock PM EDT, Matthew Wetzel completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 18, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor