United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-03323-HWV |
| Matthew Christian Wetzel | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Sep 16, 2025 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5678154 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 16 2025 18:41:36 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gail Lee Hills | on behalf of Debtor 1 Matthew Christian Wetzel gail.hills@ghillslaw.com Hills.GailB@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MATTHEW CHRISTIAN WETZEL<br>Debtor/Movant<br><br>MATTHEW CHRISTIAN WETZEL<br>Debtor/Movant<br><br>v.<br><br>MIDFIRST BANK,<br><br>US DEPARTMENT OF HOUSING AND<br><br>URBAN DEVELOPMENT,<br><br>SYNCHRONY BANK<br><br>JACK N. ZAHAROPOULOS, ESQUIRE, :<br>STANDING CHAPTER 13 TRUSTEE, :<br>Respondents/ | Chapter 13<br><br>Case No.: 1:24-bk-03323<br><br>MOTION TO FOR EXPEDITED<br>HEARING |

## ORDER

Upon consideration of the Debtor's Expedited Motion for Hearing on Amended Motion to Sell Real Property Free and Clear of Liens, Doc. 47, it is

**ORDERED** that:

1. A hearing on the Debtor's Amended Motion to Sell Real Property ("Amended Motion") will be held on September 23, 2025 at 9:30 a.m. in the Sylvia H. Rambo U.S. Courthouse, Bankruptcy Courtroom, 1501 North 6th Street, Harrisburg, Pennsylvania 17102.

2. Any responses or objections to the Amended Motion shall be filed and served on or before September 22, 2025.

3. Counsel for the Debtor shall electronically serve this Order along with the Amended Motion upon the United States Trustee; the largest 20 creditors; and all parties in interest. Electronic service shall occur within 24 hours of the entry of this Order. Proof of service, which indicates that all parties in interest have received notice, must be filed with the Court in advance of the hearing.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 16, 2025