United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Matthew Christian Wetzel

    Debtor

Case No. 24-03323-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 2

Date Rcvd: Sep 23, 2025            Form ID: pdf010            Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5698008 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | Sep 23 2025 18:36:47 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 5677919 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 23 2025 18:36:47 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:

**Name**            **Email Address**

Denise E. Carlon

     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Gail Lee Hills

     on behalf of Debtor 1 Matthew Christian Wetzel gail.hills@ghillslaw.com  Hills.GailB@notify.bestcase.com

Jack N Zaharopoulos

     ecf_pahu_alt@trustee13.com

Matthew K. Fissel

     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
MATTHEW CHRISTIAN WETZEL
**Debtor/Movant**

MATTHEW CHRISTIAN WETZEL
**Debtor/Movant**

v.

MIDFIRST BANK,

US DEPARTMENT OF HOUSING AND

URBAN DEVELOPMENT,

SYNCHRONY BANK,

JACK N. ZAHAROPOULOS, ESQUIRE,

STANDING CHAPTER 13 TRUSTEE,

**Respondents**

Chapter 13

Case No.: 1:24-bk-03323

MOTION TO SELL REAL ESTATE
FREE AND CLEAR OF LIENS AND
ENCUMBRANCES

## ORDER

Upon consideration of Debtor's Amended Motion to Sell Real Estate Free and Clear of Lines and Encumbrances, Doc. 49, good reason appearing therefore, and the Court having found that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Daries of Pennsylvania, Inc.*, 788 F.2d 143 (3d Cir. 1986) as stated on the record during the hearing held on September 23, 2025, for the reasons stated on the record, it is

**ORDERED** as follows:

1. The Debtor's Amended Motion is **GRANTED**. Debtor is authorized to sell the real estate at 339 Philadelphia Avenue, Chambersburg, PA 17201, Franklin County, Pennsylvania, free and clear of liens and encumbrances.

2. Distribution of proceeds from the sale shall be as follows:

    a. Midfirst Bank will be paid in full subject to a proper payoff quote at the time of closing, after Realtor's commission, property taxes, municipal fees, Debtor's attorney's fees, and all other closing costs are paid. Said payment shall be in full satisfaction of mortgage, Instrument #202323049, and promissory note on the real property.

b. The US Department of Housing and Urban Development will be paid in full subject to a proper payoff quote at the time of closing. Said payment shall be in full satisfaction of mortgage Instrument #202323049, and promissory note on the real property.

c. Synchrony Finance judicial lien will be paid in full.

d. Remarkable Home Buyers repayment of $2,677.95.

e. Remarkable Home Buyers commission for selling the real property as per agreement unless they agree to accept a lesser amount.

f. All property taxes and transfer taxes due on the property as of the time of closing.

g. Counsel for Debtor, Gail L. Hills, attorney's fees, and costs of $646.50 shall be paid at closing.

h. Debtor's exemption in real property shall be paid to Debtor up to the amount of $26,000 at closing.

i. With the net proceeds remaining, after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos, Chapter 13 Trustee, up to the amount necessary to pay off unsecured creditors at a 100% dividend. Said proceeds shall be mailed to:

> Chapter 13 Trustee
> PO Box 6008
> Memphis, TN 38101-6008

j. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be paid to Debtor.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 23, 2025