# UNTIED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**In re:** Matthew Christian Wetzel | Chapter 13
Debtor | 1:24-bk-03323

## NOTICE OF CHANGE OF ADDRESS

Debtor, Matthew Christian Wetzel, by counsel, gives notice of his change of address, and states the following"

1. Debtor's address was 339 Philadelphia Avenue, Chambersburg, PA 17201
2. His new address is: 1542 Palm Spring Dr, Chambersburg, PA, 17202

Wherefore, Debtor requests the court to send all future correspondence to his new address.

Respectfully submitted,

/s/ Gail L Hills
Gail L Hills, Esq.
Attorney for debtor
PO Box 628
Carlisle, PA 17013
717-626-2022
Gail.hillls@ghillslaw.com